(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Wherehouse Entertainment, Inc., a Delaware corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>WEI Acquisition Co. | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>95-4608339 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>19701 Hamilton Avenue<br>Torrance, CA 90502 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principle Place of Business: Los Angeles | County of Residence or of the<br>Principle Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this district.

**Type of Debtor** (Check all boxes that apply)
☐ Individual(s)          ☐ Railroad
☒ Corporation           ☐ Stockbroker
☐ Partnership           ☐ Commodity Broker
☐ Other _____         ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7      ☒ Chapter 11     ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12
☐ Sec. 304 – Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business     ☒ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Voluntary Petition  (This page must be completed and filed in every case) | Name of Debtor(s): Wherehouse Entertainment, Inc., a Delaware corporation |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primary consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Signature of Attorney**

X _/s/ Mark D. Collins_____
Signature of Attorney for Debtor(s)
Mark D. Collins, Esq.
Printed Name of Attorney for Debtor(s)
Richards Layton & Finger, P.A.
Firm Name
One Rodney Square, P.O. Box 551
Address
Wilmington, DE  19899

(302) 651-7700
Telephone Number

Date  1/21/03

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Chris M. Noble_____
Signature of Authorized Individual

Chris M. Noble

Chief Financial Officer

Date  1/21/03

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B1, Exh. A (9/97)

Exhibit "A"

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re    Case No.

WHEREHOUSE ENTERTAINMENT, INC.,    Chapter 11
a Delaware corporation,

    Debtor.

### Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 0-22289.

2. The following financial data is the latest available information and refers to the debtor's condition on July 31, 2002.

| | | |
|---|---|---|
| a. | Total assets | $227,957,000 |
| b. | Total debts (including debts listed in 2.c., below) | $222,530,000 |

|   |   |   |   |   | Approximate number of holders |
|---|---|---|---|---|---|
| c. | Debt securities held by more than 500 holders. None | | | | |
| | secured / / | unsecured / / | subordinated / / | $_____ | _____ |
| | secured / / | unsecured / / | subordinated / / | $_____ | _____ |
| | secured / / | unsecured / / | subordinated / / | $_____ | _____ |
| | secured / / | unsecured / / | subordinated / / | $_____ | _____ |
| d. | Number of shares of preferred stock | | | None outstanding | _____ |
| e. | Number of shares of common stock | | | 11,388,324 as of 9/16/02 | _____ |
| | Comments, if any: None | | | | |

3. Brief description of debtor's business: Debtor sells prerecorded music, videocassettes, DVDs, video games, personal electronics (including personal stereos, portable stereos, headphones and related merchandise), blank audiocassettes and videocassettes, and accessories. As of May 1, 2002, Debtor operated 406 retail stores.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

    Stephen Feinberg, who indirectly possesses voting or dispositive power over the shares through Cerberus Partners, L.P., Cerberus International, Ltd. and various other private investment funds.

    A&M Investment Associates #3, LLC. Antonio C. Alvarez, II and Bryan Marsal are managing members of A&M Investment Associates #3, LLC, and may be deemed to be the beneficial owner of the shares held by A&M Investment Associates #3. Messrs. Alvarez and Marsal disclaim beneficial ownership of these shares, except to the extent of their pecuniary interest in A&M Investment Associates #3, LLC

# CERTIFICATION
# OF
# RESOLUTIONS OF THE BOARD OF DIRECTORS
# OF
# WHEREHOUSE ENTERTAINMENT, INC.

I, <u>Christopher Noble</u>, <u>Chief Financial Officer</u> of Wherehouse Entertainment, Inc., a Delaware corporation (the "Company"), do hereby certify that the following is a true and complete copy of resolutions adopted by the Board of Directors of the Company, on January 17, 2003, at a duly authorized meeting, at which a quorum was present; and that such resolutions are now in full force and effect and have not been altered, amended, or revoked:

## FILING OF BANKRUPTCY PETITION

WHEREAS, the Board of Directors has reviewed the historical and current performance, including the financial and operational aspects of the business, of the Company and its subsidiaries; and

WHEREAS, based on such review as well as on other factors and information deemed relevant by the Board of Directors, the Board of Directors has deemed it in the best interest of the Company, its creditors, its stockholders and other interested parties, that a petition be filed pursuant to Chapter 11 of the United States Bankruptcy Code on behalf of the Company;

NOW, THEREFORE, BE IT RESOLVED, that the filing of a voluntary petition pursuant to Chapter 11 of the United States Bankruptcy Code on behalf of the Company be, and the same hereby is, approved and adopted in all respects and that each of the officers of the Company be, and each hereby is, authorized and empowered, on behalf of the Company, to execute and verify a petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware, or in such other jurisdiction or court as said officer may deem necessary or appropriate.

RESOLVED FURTHER, that each of the officers of the Company be, and each hereby is, authorized and empowered to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions which such officer may deem necessary or proper in connection with such Chapter 11 proceeding, in each case with respect to the Company.

RESOLVED FURTHER, that the firms of O'Melveny & Myers LLP and Richards, Layton & Finger, P.A. be, and they hereby are, retained as attorneys for the Company in connection with the institution and maintaining of such Chapter 11 proceeding; and in connection therewith each of the officers of the Company is hereby authorized to execute appropriate retention agreements and pay appropriate retainers prior to or immediately upon the filing.

IR1:1038402.1

## GENERAL

RESOLVED, that any and all actions previously taken by any of the officers of this Company prior to the date hereof in furtherance of the foregoing resolutions be, and they hereby are, ratified, confirmed and approved as the acts and deeds of this Company.

RESOLVED FURTHER, that the officers of this Company are authorized and empowered on behalf of this Company and in its name to execute any applications, certificates, agreements, or any other instruments or documents or amendments or supplements thereto, or to do and to cause to be done any and all other acts and things as such officers may in their discretion deem necessary or appropriate to carry out the purposes of the foregoing resolutions.

[Remainder of page left blank]

IN WITNESS WHEREOF, I have hereunto set my hand this 18 day of January, 2003.

By: _____
Name: Christopher M. Nagle
Title: Chief Financial Officer.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| WHEREHOUSE ENTERTAINMENT, INC., a Delaware corporation, | Case No. 03 - _____ (____) |
| Debtor. | |

LIST OF CREDITORS HOLDING 20
LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and Wherehouse.com, Inc., a California corporation (collectively, the "Debtors"), each filed a petition in this Court on January 21, 2003 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330. The following is a list of the Debtors' largest unsecured creditors on a consolidated basis (the "Top 20 List"), based on the Debtors' books and records as of approximately January 9, 2003. The Top 20 List was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list the claim as contingent, unliquidated or unknown does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of the claim.

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OF DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF | AMOUNT OF CLAIM [IF SECURED ALSO STATE VALUE OF SECURITY] |
|---|---|---|---|---|
| Fox Video<br>2121 Avenue of Stars, Ste. 2007<br>Los Angeles, CA 90067 | Kathy Sarrami<br>Fox Video<br>2121 Avenue of Stars, Ste. 2007<br>Los Angeles, CA 90067<br>Phone: (310) 369-4820<br>Fax: (310) 969-1183 | Trade Debt | | $2,646,226.61 |
| Koch International L.L.C.<br>2 Tri-Harbor Court<br>Port Washington, NY 11050 | Donna Ienopoli<br>Koch International L.L.C.<br>2 Tri-Harbor Court<br>Port Washington, NY 11050<br>Phone: (516) 484-1000 x224<br>Fax: (516) 484-4746 | Trade Debt | | $1,200,398.72 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

WHEREHOUSE ENTERTAINMENT,
INC., a Delaware corporation,

Debtor.

Chapter 11

Case No. 03 -_____ (____)

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OF DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF | AMOUNT OF CLAIM [IF SECURED ALSO STATE VALUE OF SECURITY] |
|---|---|---|---|---|
| Columbia Tristar Home Video<br>10202 West Washington Blvd.<br>Suite 2412<br>Culver City, CA 90232-3195 | Dan Steves<br>Columbia Tristar Home Video<br>10202 West Washington Blvd.<br>Suite 2412<br>Culver City, CA 90232-3195<br>Phone: (310) 244-3672<br>Fax: (310) 244-4886 | Trade Debt | | $778,642.61 |
| Electro Source, Inc.<br>1840 East 27th Street<br>Vernon, CA 90058 | Kelly Stephenson<br>Electro Source, Inc.<br>1840 East 27th Street<br>Vernon, CA 90058<br>Phone: (323) 234-9911 x211<br>Fax: (323) 846-2567 | Trade Debt | | $764,435.90 |
| Colby & Partners<br>2001 Wilshire Blvd., 6th Floor<br>Santa Monica, CA 90403 | Mary Ferguson<br>Colby & Partners<br>2001 Wilshire Blvd., 6th Floor<br>Santa Monica, CA 90403<br>Phone: (310) 586-5600<br>Fax: (310) 586-5894 | Contract | | $747,987.83 |
| Southwest Wholesale<br>6775 Bingle<br>Houston, TX 77092 | Angie Razo<br>Southwest Wholesale<br>6775 Bingle<br>Houston, TX 77092<br>Phone: (713) 460-4300<br>Fax: (713) 460-6306 | Trade Debt | | $586,746.11 |
| MGM Home Entertainment<br>2500 Broadway Street<br>Santa Monica, CA 90404-3061 | Janice Ishimaru<br>MGM Home Entertainment<br>2500 Broadway Street<br>Santa Monica, CA 90404-3061<br>Phone: (310) 586-8873<br>Fax: (310) 586-8390 | Trade Debt | | $498,334.50 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

WHEREHOUSE ENTERTAINMENT,
INC., a Delaware corporation,

Debtor.

Chapter 11

Case No. 03 - _____ (____)

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OF DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF | AMOUNT OF CLAIM [IF SECURED ALSO STATE VALUE OF SECURITY] |
|---|---|---|---|---|
| KFOG<br>55 Hawthorne Street, #1100<br>San Francisco, CA 94105 | Todd Taylor<br>KFOG<br>55 Hawthorne Street, #1100<br>San Francisco, CA 94105<br>Phone: (415) 995-6800<br>Fax: (415) 995-6867 | Trade Debt | | $436,500.00 |
| Select-O-Hits, Inc.<br>1981 Fletcher Creek Dr.<br>Memphis, TN 38133 | Denise Johnson<br>Select-O-Hits, Inc.<br>1981 Fletcher Creek Dr.<br>Memphis, TN 38133<br>Phone: (901) 388-1190 x108<br>Fax: (901) 388-1243 | Trade Debt | | $370,685.69 |
| Fonovisa Inc.<br>7710 Haskell Ave.<br>Van Nuys, CA 91406 | Morena Romero<br>Fonovisa Inc.<br>7710 Haskell Ave.<br>Van Nuys, CA 91406<br>Phone: (818) 782-6100 x233<br>Fax: (818) 994-1308 | Trade Debt | | $286,256.66 |
| J.K.G. Enterprises<br>9610 De Soto Ave.<br>Chatsworth, CA 91311 | Jack Gallagher<br>J.K.G. Enterprises<br>9610 De Soto Ave.<br>Chatsworth, CA 91311<br>Phone: (818) 709-1606<br>Fax: (818) 709-1513 | Trade Debt | | $287,194.80 |
| Dart Distributing, LLC<br>130 West Columbia Court<br>Chaska, MN 55318 | Paul Skoog<br>Dart Distributing, LLC<br>130 West Columbia Court<br>Chaska, MN 55318<br>Phone: (952) 368-3278 x332<br>Fax: (952) 368-3255 | Trade Debt | | $262,579.72 |
| Teevee Toons, Inc.<br>23 E. 4th Street, 3rd Floor<br>New York, NY 10003 | Jim Heindlmeyer<br>Teevee Toons, Inc<br>23 E. 4th Street, 3rd Floor<br>New York, NY 10003<br>Phone: (212) 979-6410<br>Fax: (212) 979-0842 | Trade Debt | | $250,757.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

**WHEREHOUSE ENTERTAINMENT, INC., a Delaware corporation,**

Debtor.

Chapter 11

Case No. 03 - _____ (____)

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OF DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF | AMOUNT OF CLAIM [IF SECURED ALSO STATE VALUE OF SECURITY] |
|---|---|---|---|---|
| Recoton<br>4435 Collections Center Drive<br>Chicago, IL 60693-4435 | Mary Swift<br>Recoton<br>4435 Collections Center Drive<br>Chicago, IL 60693-4435<br>Phone: (407) 833-1622<br>Fax: (407) 333-8903 | Trade Debt | | $229,200.54 |
| Singing Machine<br>6601 Lyons Rd. Bldg A-7<br>Coconut Creek, FL 33073 | Melody Ranski<br>Singing Machine<br>6601 Lyons Rd. Bldg A-7<br>Coconut Creek, FL 33073<br>Phone: (954) 596-1000<br>Fax: (954) 596-2000 | Trade Debt | | $230,992.00 |
| Sensormatic Electronics Corp.<br>P.O. Box 32731<br>Charlotte, NC 28232-2731 | Paul Kriete<br>Sensormatic Electronics Corp.<br>P.O. Box 32731<br>Charlotte, NC 28232-2731<br>Phone: (800) 842-3060 x1338<br>Fax: (714) 752-5331 | Contract | | $226,221.54 |
| Navarre Corp – New Audio<br>7400 - 49th Avenue North<br>New Hope, MN 55428 | Pat Young<br>Navarre Corp – New Audio<br>7400 - 49th Avenue North<br>New Hope, MN 55428<br>Phone: (763) 971-2752<br>Fax: (763) 533-5156 | Trade Debt | | $217,709.66 |
| City Hall Records<br>101 Glacier Point Road, Suite C<br>San Rafael, CA 94901 | Grace Cohn<br>City Hall Records<br>101 Glacier Point Road, Suite C<br>San Rafael, CA 94901<br>Phone: (415) 457-9080<br>Fax: (415) 457-0780 | Trade Debt | | $217,555.07 |
| The Hits Company, Inc.<br>15001 Oxnard Street<br>Van Nuys, CA 91411-2613 | Dorothy Judy<br>The Hits Company, Inc.<br>15001 Oxnard Street<br>Van Nuys, CA 91411-2613<br>Phone: (818) 904-1424<br>Fax: (818) 787-6011 | Trade Debt | | $198,013.30 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

**WHEREHOUSE ENTERTAINMENT, INC.**, a Delaware corporation,

Debtor.

Chapter 11

Case No. 03 -_____ (_____)

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OF DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SET-OFF | AMOUNT OF CLAIM [IF SECURED ALSO STATE VALUE OF SECURITY] |
|---|---|---|---|---|
| Nextel com, dba Boost Mobile LLC<br>51 Discovery, Suite 250<br>Irvine, CA 92618-5202 | Cecelia Long<br>Nextel com, dba Boost Mobile LLC<br>51 Discovery, Suite 250<br>Irvine, CA 92618-5202<br>Phone: (720) 206-3494<br>Fax: | Trade Debt | | $195,883.80 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| WHEREHOUSE ENTERTAINMENT, INC., a Delaware corporation, | Case No. 03 -_____ (_____) |
| Debtor. | |

## DECLARATION UNDER PENALTY OF PERJURY

I, Chris Noble, Chief Financial Officer of Wherehouse Entertainment, Inc., the corporation named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: January 21, 2003        Signature _____
                                           Chris Noble
                                           Chief Financial Officer of Wherehouse
                                           Entertainment, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

WHEREHOUSE ENTERTAINMENT,
INC., a Delaware corporation,

        Debtor.

Chapter 11

Case No. 03 -_____ (_____)

## LIST OF CREDITORS

      The debtor in this chapter 11 case and Wherehouse.com, Inc., a California corporation (collectively, the "Debtors"), each filed a petition in this Court on January 21, 2003 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330. Contemporaneously, with the filing of their petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically along with this petition.

[information provided in electronic format]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| **WHEREHOUSE ENTERTAINMENT, INC.**, a Delaware corporation, | Case No. 03 -_____ (____) |
| Debtor. | |

## DECLARATION REGARDING CREDITOR LIST

I, Chris Noble, Chief Financial Officer of Wherehouse Entertainment, Inc., the corporation named as the debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the Creditor List submitted herewith and that it is true and correct to the best of my information and belief.

Date: January 21, 2003    Signature _____
Chris Noble
Chief Financial Officer of Wherehouse
Entertainment, Inc.