# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHEREHOUSE ENTERTAINMENT, INC., | ) | |
| a Delaware corporation, et al.,[1] | ) | Case No. 03-10224 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | RE: Docket No. 807 ⇀ 781 |

## ORDER AUTHORIZING DEBTORS AND
## DEBTORS IN POSSESSION TO PAY MEDIATOR FEES

Upon the motion (the "Motion")[2] of Wherehouse Entertainment, Inc., and its direct and indirect wholly-owned subsidiaries Wherehouse Holding I Co., Inc., Wherehouse Holding II Co., Inc., Wherehouse Subsidiary I Co., Inc., Wherehouse Subsidiary II Co., Inc., Wherehouse Subsidiary III Co., Inc. and Wherehouse.com, Inc., each as a debtor and debtor in possession (collectively, the "Debtors"), for an order authorizing the payment of Mediator Fees pursuant to Bankruptcy Code Sections 105 and 363; the Court having reviewed the Motion, and having heard the statements of counsel regarding the Motion at a hearing before the Court (the "Hearing"); and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) that notice of this Motion and the Hearing was sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief granted herein is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors are the following entities: Wherehouse Entertainment, Inc., Wherehouse Holding I Co., Inc., Wherehouse Holding II Co., Inc., Wherehouse Subsidiary I Co., Inc., Wherehouse Subsidiary II Co., Inc., Wherehouse Subsidiary III Co., Inc. and Wherehouse.com, Inc.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to them in the Motion.

## NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  The Debtors are authorized, pursuant to Sections 105 and 363 of the

Bankruptcy Code, to pay the Mediator Fees.


Dated: _June 9_ ,2003
Wilmington, Delaware

The Honorable Peter J. Walsh
Chief United States Bankruptcy Judge