IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Wherehouse Entertainment Inc | ) | Case No. 03-10224 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER OF REASSIGNMENT OF JUDGE

AND NOW, this 4th day of February, 2020, it is hereby ORDERED that the above Chapter 11 case (and all associated cases) is **TRANSFERRED** to the **Honorable Mary F. Walrath** for all further proceedings and dispositions.[1]

_____
Christopher S. Sontchi
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.